## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

DANIEL LEE FROST #555375,         DOCKET NO. 1:22-CV-01262 SEC P
Petitioner

VERSUS                                        JUDGE DRELL

UNKNOWN DEFENDANT,      MAGISTRATE JUDGE PEREZ-MONTES
Respondent

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF No. 7) is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers, this 2ND day of August 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT